IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KEVIN JAMES MASLEN, <br><br> Defendant. | CR 18-121-BLG-SPW <br><br> **ORDER VACATING** <br> **DETENTION HEARING** |

Defendant has filed Motion to Vacate Detention Hearing. (Doc. 12.) Good cause appearing, IT IS HEREBY ORDERED that the Detention Hearing currently set for December 6, 2018 at 10:30 a.m. is vacated.

DATED this 5th day of December, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge